UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| REINNY MONCADA CAMACARO, | Case No. 1:25-cv-1720 |
| Petitioner, | Hon. Jane M. Beckering<br>U.S. District Court Judge |
| v. | |
| KEVIN RAYCRAFT, Detroit Field Office Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; and PAMELA BONDI, Attorney General of the United States, in their official capacities, | Hon. Phillip J. Green<br>U.S. Magistrate Judge |
| Respondents. | |

_____/

## ORDER EXTENDING RESPONDENTS' TIME TO RESPOND TO PETITION

This matter having come before the Court upon the stipulation of the parties to extend the time for Respondents to respond to the Petition for Writ of Habeas Corpus,

THE COURT HEREBY ORDERS that the time for Respondents to respond to the Petition is extended to December 22, 2025.

BY THE COURT:

Dated: December 17, 2025

/s/ Jane M. Beckering
Hon. Jane M. Beckering
U.S. District Court Judge